JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Core,<br><br>       Plaintiff,<br><br>  v.<br><br>Casino Center, LLC, a California Limited Liability Company; and Does 1-10,<br><br>       Defendants. | Case No.: 2:20-cv-00462-DSF-AGR<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 11, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's action against Defendant Casino Center, LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: May 7, 2021

Hon. Dale S. Fischer
United States District Judge